# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>an AT&T Model Z222 mobile telephone whose sim card holder bears serial number 327B4178E6DA | )<br>)<br>)  Case No. 15-MJ-1087 DLC<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
an AT&T Model Z222 mobile telephone whose sim card holder bears serial number 327B4178E6DA, as more partricularly described in Attachment A-1 hereto

located in the _____ District of  Massachusetts , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, attached hereto and incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC sec. 841(a)(1); 856 | Possession with intent to distribute/distribution/conspiracy of controlled substance |
| 21 USC sec. 843(b) | Use of a communication facility in the commission of narcotics trafficking offenses |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

DHS HSI SA Richard Atwood
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  6/19/2015

*Judge's signature*

City and state:  Boston, MA     Hon. Donald L. Cabell, United States Magistrate Judge
*Printed name and title*

## **ATTACHMENT A-1**

**(Description of Property to be Searched)**

An AT&T Model Z222 mobile telephone whose sim card holder bears serial number 327B4178E6DA, currently in the custody of Homeland Security Investigations, 10 Causeway Street, Room 722, Boston, MA 02222

## ATTACHMENT B

### (Items to be Seized)

All records, in whatever form, and tangible objects that constitute evidence, fruits, or instrumentalities of violations of 21 U.S.C. § 846 (conspiracy to manufacture, distribute, and possess with intent to distribute controlled substances); 21 U.S.C. § 841(a)(1) (manufacture, distribution, and possession with intent to distribute controlled substances); 21 U.S.C. § 843(b) (use of communication facility to facilitate drug trafficking); 18 U.S.C. §§ 1956 and 1957 (laundering of monetary instruments and conspiracy to launder monetary instruments); and 31 U.S.C. § 5324(a)(3) (structuring); from January 1, 2011 through November 2014, including:

a. Any identifying information for the telephones listed in Attachments A-1 and A-2 (the Target Devices), including any telephone numbers for the Target Devices;

b. Names and contact information that have been programmed into the Target Devices (including but not limited to contacts lists) of individuals who may be engaged in narcotics trafficking or money laundering;

c. Logs of calls (including last numbers dialed, last calls received, time of calls, and duration of calls) both to and from the Target Devices;

d. Text messages both sent to and received from the Target Devices (including any in draft form) relating to or referencing narcotics trafficking or money laundering and/or referencing individuals engaged in narcotics trafficking or money laundering;

e. Incoming and outgoing voice mail messages both to and from the Target Devices relating to or referencing narcotics trafficking or money laundering or individuals engaged in narcotics trafficking or money laundering;

f. Browser messages and/or internet communications (e.g., e-mail, text messages) both to and from the Target Devices (including any in draft form) relating to or referencing narcotics trafficking or money laundering or individuals engaged in narcotics trafficking or money laundering;

g. Documents, photographs, or videos in any format, including but not limited to Microsoft Word or Adobe PDF files, relating to or referencing narcotics

       trafficking or money laundering or individuals engaged in narcotics trafficking or money laundering;

h.     All data within the Target Devices evidencing ownership, possession, custody, control, or use of the Target Devices; and

i.     Service Provider handset unlock password(s) and any other passwords used to access the electronic data described above.

**DEFINITIONS**

For the purpose of this warrant:

A. "Equipment" means any hardware, software, storage media, and data.

B. "Hardware" means any electronic device capable of data processing (such as a computer, digital camera, cellular telephone or smartphone, wireless communication device, or GPS navigation device); any peripheral input/output device (such as a keyboard, printer, scanner, monitor, and drive intended for removable storage media); any related communication device (such as a router, wireless card, modem, cable, and any connections), and any security device, (such as electronic data security hardware and physical locks and keys).

C. "Software" means any program, program code, information or data stored in any form (such as an operating system, application, utility, communication and data security software; a log, history or backup file; an encryption code; a user name; or a password), whether stored deliberately, inadvertently, or automatically.

D. "Storage media" means any media capable of collecting, storing, retrieving, or transmitting data (such as a hard drive, CD, DVD, USB or thumb drive, or memory card).

E. "Data" means all information stored on storage media of any form in any storage format and for any purpose.

F. "A record" is any communication, representation, information or data. A "record" may be comprised of letters, numbers, pictures, sounds or symbols.

**Return of Seized Equipment**

If, after inspecting seized equipment, the government determines that the equipment does not contain contraband or the passwords, account information, or personally-identifying information of victims, and the original is no longer necessary to preserve as evidence, fruits, or instrumentalities of a crime, the equipment will be returned within a reasonable time, if the party seeking return will stipulate to a forensic copy's authenticity and accuracy (but not necessarily relevance or admissibility) for evidentiary purposes.

If equipment cannot be returned, agents will make available to the equipment's owner, within a reasonable time period after the execution of the warrant, copies of files that do not contain or constitute contraband; passwords, account information, personally-identifying information of victims; or the fruits or instrumentalities of crime.